MINDI MAPES AND DONALD          *          NO. 2021-CA-0166
MAPES, III, INDIVIDUALLY
AND ON BEHALF OF THE            *          COURT OF APPEAL
DECEASED PATIENT,
DONALD R. MAPES                 *          FOURTH CIRCUIT

VERSUS                          *          STATE OF LOUISIANA

STATE OF LOUISIANA,             *
THROUGH THE BOARD OF
SUPERVISORS OF                  *
LOUISIANA STATE             * * * * * * *
UNIVERSITY
AGRICULTURAL AND
MECHANICAL COLLEGE ON
BEHALF OF LOUISIANA
STATE UNIVERSITY HEALTH
CARE SERVICES DIVISION;
UNIVERISTY MEDICAL
CENTER MANAGEMENT
CORPORATION, ET AL.


JCL     LOBRANO, J., CONCURS IN THE RESULT